■ ANTHONY MASTROIANNI, as Public Administrator of the Estate of ADELL P. SWIGGETT, Deceased, Respondent, v COUNTY OF SUFFOLK et al., Appellants. [643 NYS2d 1017]

To obtain summary judgment, the movant must make a "prima facie showing of entitlement to judgment as a matter of law, tendering sufficient evidence to demonstrate the absence of any material issues of fact" *(Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). Here, the defendants have made such a showing. The unrebutted evidence submitted in support of the defendants' motion for summary judgment established that the defendants did not owe a special duty to the plaintiff's decedent, Adell Parker Swiggett *(see, Cuffy v City of New York,* 69 NY2d 255; *cf., Sorichetti v City of New York,* 65 NY2d 461). Absent a special duty, the defendants "may not be held liable for injuries resulting from a simple failure to provide police protection" *(Cuffy v City of New York, supra,* at 260). In any event, the record establishes that the actions of the police department were reasonable under the circumstances. Mangano, P. J., Sullivan, Altman and Hart, JJ., concur.